914

No. 1580, Misc. FOOSE v. RUNDLE, CORRECTIONAL SUPERINTENDENT. C. A. 3d Cir. Certiorari denied.

No. 1583, Misc. HAYNES v. CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 1585, Misc. COOK v. CALIFORNIA. Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 1586, Misc. TOLLETT v. WASHINGTON. Sup. Ct. Wash. Certiorari denied.

No. 1587, Misc. HULL v. UNITED STATES. C. A. 4th Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg,* and *Robert G. Maysack* for the United States.

No. 1588, Misc. EASON v. DICKSON, CHAIRMAN, ADULT AUTHORITY OF CALIFORNIA, ET AL. C. A. 9th Cir. Certiorari denied.

No. 1598, Misc. KELLER v. NEW YORK. Ct. App. N. Y. Certiorari denied. *Leon B. Polsky* for petitioner. *Frank S. Hogan* and *H. Richard Uviller* for respondent.

No. 1600, Misc. JOHNSON v. VIRGINIA. Sup. Ct. App. Va. Certiorari denied.

No. 1601, Misc. SEARS v. NEBRASKA. Sup. Ct. Neb. Certiorari denied.

No. 1603, Misc. FURTAK v. MCMANN, WARDEN. C. A. 2d Cir. Certiorari denied.